In the Matter of FRANK S. HOGAN, as District Attorney of New York County, Respondent, against OWEN W. BOHAN, as a Judge of the Court of General Sessions of the County of New York, Appellant. DANIEL CONNOLLY, Appellant.

Submitted May 18, 1953; decided May 29, 1953.

Motion by appellant Connolly for a hearing of the allegations and facts pertinent to the above matter, etc., dismissed upon the ground that the Court of Appeals is without power to entertain the application. [See 305 N. Y. 110.]